# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GAMMA ENTERTAINMENT, a Canadian Entity, d/b/a PornerBros.com; JOHN DOES 1- 100; JOHN DOE COMPANIES 1-100; www.pornerbros.com and WILDBLUE MEDIA; d/b/a Porner Bros.com,<br><br>　　　　Defendants. | No. C11-3056-LTS<br><br>**ORDER** |

_____

　　　Plaintiff has filed a motion (Doc. No. 68) to dismiss this action with prejudice as against all defendants "for the reason that the matter has been resolved."  Having reviewed the motion and the docket, I find that the motion should be **granted**.

　　　This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  Each party shall be responsible for its own costs.

　　　**IT IS SO ORDERED.**

　　　**DATED** this 27th day of December, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LEONARD T. STRAND
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT